HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNIT OWNERS ASSOCIATION OF JUDSON PLAZA CONDOMINIUM, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AUTOMOBILE INSURANCE COMPANY; and OREGON MUTUAL INSURANCE COMPANY,<br><br>Defendants. | NO.  2:20-CV-1787-TSZ<br><br>STIPULATION FOR AND ORDER OF DISMISSAL OF DEFENDANT AMERICAN AUTOMOBILE INSURANCE COMPANY |

### STIPULATION

IT IS HEREBY STIPULATED by counsel for the parties hereto that all of plaintiff's claims against defendant American Automobile Insurance Company in this action have been settled and, as a result, shall be dismissed with prejudice and without costs.

Plaintiff's claims against defendant Oregon Mutual Insurance Company remain intact.

//

//

STIPULATION FOR AND ORDER OF DISMISSAL OF
DEF AMERICAN AUTOMOBILE INS. CO. - 1
(No. 2:20-CV-1787-TSZ)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

DATED this 5th day of April, 2021.

| ASHBAUGH BEAL | MCNAUL EBEL NAWROT & HELGREN PLLC |
|---|---|
| By s/ Jesse D. Miller<br>Jesse D. Miller, WSBA #35837<br>jmiller@ashbaughbeal.com<br>Zachary O. McIsaac, WSBA #35833<br>zmcisaac@ashbaughbeal.com<br>Attorneys for Plaintiff | By s/ Curtis C. Isacke<br>Malaika M. Eaton, WSBA No. 32537<br>meaton@mcnaul.com<br>Curtis C. Isacke, WSBA No. 49303<br>cisacke@mcnaul.com<br>Attorneys for Defendant American Automobile Insurance Company |

### ORDER OF DISMISSAL

This matter came before the Court on the stipulation for dismissal, docket no. 16, signed by counsel for plaintiff and counsel for defendant American Automobile Insurance Company. On the basis of these parties' representations, the Court DISMISSES plaintiff's claims against defendant American Automobile Insurance Company with prejudice and without costs.

DATED this 6th day of April, 2021.

Thomas S. Zilly
United States District Judge

Presented by:

ASHBAUGH BEAL

By s/ Jesse D. Miller
  Jesse D. Miller, WSBA #35837
  jmiller@ashbaughbeal.com
  Zachary O. McIsaac, WSBA #35833
  zmcisaac@ashbaughbeal.com
  Attorneys for Plaintiff

///

STIPULATION FOR AND ORDER OF DISMISSAL OF
DEF AMERICAN AUTOMOBILE INS. CO. - 2
(No. 2:20-CV-1787-TSZ)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

1  McNaul Ebel Nawrot & Helgren PLLC

2

3  By s/ Curtis C. Isacke
    Malaika M. Eaton, WSBA No. 32537
    meaton@mcnaul.com

4      Curtis C. Isacke, WSBA No. 49303
    cisacke@mcnaul.com

5      Attorneys for Defendant American
    Automobile Insurance Company

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION FOR AND ORDER OF DISMISSAL OF
DEF AMERICAN AUTOMOBILE INS. CO. - 3
(No. 2:20-cv-1787-tsz)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400